# REBHOLZ AND REBHOLZ S.C.
## ATTORNEYS AT LAW

2428 N. GRANDVIEW BLVD. STE. 102
WAUKESHA WI 53188-6906

TELEPHONE: (262) 547-0550
FAX: (262) 547-0553

E. A. REBHOLZ (1911-1990)
PAUL E. REBHOLZ

PARALEGAL
JUDY A. FELKNER

May 6, 2013

**By Electronic Mail To: mjr4919@yahoo.com**

Mr Michael Remitz
Mulligan Enterprises Incorporated
N37 W22637 Kopmeier Drive
Pewaukee WI 53072

RE: Termination of Trademark License Agreement

Dear Mr. Remitz:

    This is to advise that my client, Felt Up, Inc. desires to terminate the Trademark License Agreement entered into on September 19, 2012 (effective date), effective September 18, 2013 which is the last day of the initial annual term. It is requesting that, on and after September 19, 2013, you are not to use the name "Master Z's Cue Club" and/or the diamond cue and pool ball logo in connection with your business located at 2454 N Grandview Blvd., Waukesha, Wisconsin. Should you have any questions please feel free to contact me at your convenience.

Very truly yours,

Paul E. Rebholz

PER
CC: Felt Up, Inc.

EXHIBIT A