

**Sorrentino Burkert**
LAW  GROUP  LLC

W229 N1433 Westwood Drive
Suite 100
Waukesha, WI 53186
P:262-513-3315
F:262-513-3318

June 18, 2013

**VIA ELECTRONIC MAIL AND REGISTERED MAIL**
Mr. Kenneth Zettelmeier
Felt Up, Inc.
1005 Spring City Drive
Waukesha, WI 53186
masterz11@yahoo.com

Dear Mr. Zettelmeier:

After further consideration, my client, Mulligan Enterprises Incorporated ("Mulligan"), has decided to facilitate Felt Up, Inc.'s ("Felt Up") request to terminate that certain Trademark License Agreement dated September 19, 2012 between Mulligan and Felt Up (the "License Agreement").

This letter shall serve as written notice under the License Agreement that Mulligan is terminating the License Agreement effective as of September 18, 2013 and there shall be no Renewal Term (as such term is defined in the License Agreement).

Feel free to contact me with any questions that you may have.

Very truly yours,

SORRENTINO BURKERT LAW GROUP LLC

Matthew V. Burkert

cc:   Michael Remitz
      Paul Rebholz

**EXHIBIT C**